IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION



FILED IN OPEN COURT

MAR 2 0 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:22cr82 |
| | ) | |
| MORGAN TROY TAYLOR | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. In 2021, Members of the investigative team began investigating a Drug Trafficking Organization involving an address on Granella Street, in Hampton, Virginia and TAYLOR. On Saturday, June 11, 2022, members of the investigative team responded to the Granella Street, address, in reference to a shooting. During the course of the shooting investigation, members of the investigative team obtained and executed a state search warrant for the Granella Street, residence. Pursuant to this search warrant, members of the investigative team located eight (8) firearms: a Century Arms RAS 47 7.62x39 Pistol, a Palmetto Arms PA-15 Multi-Caliber Rifle, an American Tactical Multi-Caliber Pistol, a SGN Tactical 12GA Shotgun, a Glock 23C .40 Caliber Handgun, a Glock 19 G4 Handgun, a Glock 32 .357 Caliber Handgun, and a Glock 31 .357 Caliber Handgun. Additionally, the investigative team located approximately 3.5 kilograms of a substance which field tested positive for cocaine, approximately 500 grams of suspected heroin, approximately 3 pounds of suspected crystalline methamphetamine, approximately 14 pounds of suspected marijuana, packaging materials, digital scales, $16,941 in United States Currency,

kilogram press machines, mixing agents, and cutting agents. Cocaine and methamphetamine are Schedule II narcotic controlled substances and heroin and marijuana are Schedule I controlled substance.

2. The United States would present expert testimony that individuals involved in the trafficking of narcotics are often armed with firearms. They possess these firearms to protect themselves, their narcotics and their money, from other drug traffickers, and drug users. The firearms also serve to intimidate others. In this case the quantity of narcotics and the large amount of currency are emblematic of the items that need protecting.

3. Through identifying documents, photographs, and law enforcement databases, members of the investigative team determined TAYLOR to be the resident of the Granella Street residence. Once in the Granella residence, members of the investigative team located several identifying documents showing TAYLOR possessed dominion and control of the residence. In the master bedroom, the investigative team located a Virginia Identification Card belonging to TAYLOR, banking information and monetary checks addressed to TAYLOR, prescription pill bottles with TAYLOR's name, photographs of TAYLOR, mail addressed to TAYLOR, and firearm transfer documents showing TAYLOR as the recipient. In the remainder of the residence, members of the investigative team located credit and debit cards belonging to TAYLOR, an additional Virginia Driver's License belonging to TAYLOR, mail addressed to TAYLOR, and a waterworks bill addressed to TAYLOR at the Granella address. TAYLOR returned to Granella Street after the search warrant was executed, however he fled from law enforcement prior to apprehension and was not arrested until a later date. These events occurred in the Newport News Division of the Eastern District of Virginia and elsewhere.




Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

_____
Eric M. Hurt
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
VA Bar # 35765


After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, MORGAN TROY TAYLOR and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
MORGAN TROY TAYLOR


I am MORGAN TROY TAYLOR's attorney, and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

_____
James O. Broccoletti
Attorney for MORGAN TROY TAYLOR